```
TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SOLOMON KIM (Cal. Bar No. 311466)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2450
     Facsimile: (213) 894-0141
     E-mail:    solomon.kim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-MJ-03769-DUTY |
| Plaintiff, | NOTICE OF LODGING OF ORDER FOR DISMISSAL OF MAGISTRATE'S COMPLAINT |
| v. | |
| HECTOR MERCED PARRA | |
| Defendant. | |

Please take notice that the government hereby lodges the attached ORDER FOR DISMISSAL OF MAGISTRATE'S COMPLAINT in the above-mentioned case.

```
Dated: August 26, 2021          Respectfully submitted,

                                TRACY L. WILKISON
                                Acting United States Attorney

                                SCOTT M. GARRINGER
                                Assistant United States Attorney
                                Chief, Criminal Division


                                     /s/
                                SOLOMON KIM
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA
```