Victor Sherman, Esq. (SBN: 38483)
Law Offices of Victor Sherman
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA 90064
Tel: 424-371-5930
Fax: 310-392-9029
Email: victor@victorsherman.law

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>v.<br><br>HECTOR MERCED PARRA<br><br>Defendant(s). | CASE NUMBER:<br>21-MJ-03769-DUTY<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

__HECTOR MERCED PARRA__ ☐ Plaintiff  X Defendant  ☐ Other _____
*Name of Party*

to substitute __VICTOR SHERMAN__ who is

■ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__11400 W. Olympic Blvd. Suite 1500__
*Street Address*

__Los Angeles, CA 90064__                    __victor@victorsherman.law__
*City, State, Zip*                              *E-Mail Address*

__424-371-5930__          __310-392-9029__          __38483__
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of __Gregory Nicolaysen__
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**    **X GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated __8/25/2021__                              _[signature]_

Hon. Pedro V. Castillo, U.S. Magistrate Judge