TRACY L. WILKISON
Acting United States Attorney
By: AUSA Solomon Kim (213-894-2450)
1200 United States Courthouse
312 N. Spring Street
Los Angeles, CA  90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF, | 21-MJ-03769-DUTY |
| v. | |
| HECTOR MERCED PARRA, | ORDER FOR DISMISSAL |
| DEFENDANT. | OF MAGISTRATE'S COMPLAINT |

A Magistrate's Complaint having been filed before the United States Magistrate Judge Jacqueline Choolijan in Los Angeles, California, against the above-named defendant, charging a violation of Title 21, United States Code, Section 841(a)(1), and the Acting United States Attorney having moved for a dismissal of the complaint,

IT IS HEREBY ORDERED that said Complaint be dismissed as to defendant HECTOR MERCED PARRA only without prejudice and that defendant be released if in custody solely on this charge, or if not, that bond, if any, be exonerated on this charge.

Date:  8/26/2021

United States Magistrate Judge
Honorable Pedro V. Castillo

Presented by:

  /s/
SOLOMON KIM
Assistant United States Attorney

**Complaint Filed: August 13, 2021**

**Is the person in custody?**
**YES**  ☒
**NO**   ☐